JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C. (a minor, by and through her parent, Tanya Villalobos), | Case No. 2:20-cv-00765-RGK-JPR |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | Judge R. Gary Klausner |
| LOMPOC UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Pursuant to stipulation of the parties, this entire action is dismissed with prejudice. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September _14_, 2021

_____

Hon. R. Gary Klausner

MC LAW GROUP, APC
3905 State Street, Suite 7-351
Santa Barbara, CA 93105-3138